DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO MALDONADO-PEÑALOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-08-015 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| FRANCISCO MALDONADO-PEÑALOZA, | ) | |
| | ) | |
| Defendant. | ) | Date: February 26, 2008 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. D. Lowell Jensen |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Maldonado-Peñaloza, that the status conference scheduled for February 26, 2008 may be continued to March 11, 2008, at 9:00 a.m.

   Defense counsel seeks additional time to review the pre-plea presentence report with Mr. Maldonado and to discuss possible resolutions of the case with counsel for the government. To afford time to complete these tasks, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the

1  Speedy Trial Act from the date of this order through March 11, 2008,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 22, 2008          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for FRANCISCO MALDONADO-P.


                                    McGREGOR SCOTT
                                    United States Attorney


Dated:   February 22, 2008          /s/ T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 11, 2008 at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 11, 2008.

IT IS SO ORDERED.

Dated: February 22, 2008
                                    HON. D. LOWELL JENSEN
                                    United States District Judge

Stip. in U.S.A. v. Maldonado-P.          2