```
                         FILED
                         June 10, 2010
                         CLERK, US DISTRICT COURT
                         EASTERN DISTRICT OF
                         CALIFORNIA
                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08-cr-15 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| FRANCISCO MALDONADO-PENALOZA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Francisco Maldonado-Penaloza</u>; Case <u>2:08-cr-15 JAM</u> from in the above case for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured bond in the amount of

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    X   (Other) <u>Probation's motion to withdraw petition filed 5/22/09 granted (Underlying case 2:09-cr-220 dismissed).</u>

Issued at <u>Sacramento, CA</u> on <u>6/10/2010</u>   at 2:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge